
**EXHIBIT "A"**

| U. S. Department of Justice | Notice to Appear |
|---|---|
| Immigration and Naturalization Service | |

**In removal proceedings under section 240 of the Immigration and Nationality Act**

RECEIVED
2006 JUN -1 P 1:18
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW
IMMIGRATION COURT
HONOLULU, HAWAII

File No: A043 970 374
Case No: XHL0605000005

In the Matter of:

Respondent: Roy Tamayo TACATA _____ currently residing at:

94-1142 KAHUAMO STREET
WAIPAHU HAWAII 96797
(Number, street, city state and ZIP code)

(808)678-8852
(Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

**See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

**See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)  ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, PRINCE KUHIO FEDERAL BLD, 300 ALA MOANA BLVD, RM# B-112, HONOLULU, HAWAII 96850
(Complete Address of Immigration Court, Including Room Number, if any)

on _a date to be set_ at _a time to be set_ to show why you should not be removed from the United States based on the
(Date)                (Time)
charge(s) set forth above.

WAYNE E. WILLS
SPECIAL AGENT IN CHARGE
(Signature and Title of Issuing Officer)

Dayna Beamer
Immigration J...

HONOLULU, HAWAII
(City and State)

Date: May 8, 2006

JUN 02 2006

See reverse for important information

Form I-862 (Rev. 3/22/99)N

Exhibit # 1

000124

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

X _____
(Signature of Respondent)

Before: _____
(Signature and Title of INS Officer)

Date: 6/1/06

### Certificate of Service

This Notice to Appear was served on the respondent by me on 6/1/06 (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

- [X] in person
- [ ] by certified mail, return receipt requested
- [ ] by regular mail
- [ ] Attached is a credible fear worksheet.
- [X] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the **ENGLISH** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

X _____
(Signature of Respondent if Personally Served)

ALVIN WONG
SPECIAL AGENT
_____
(Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

000125

**U.S. Department of Justice**
Immigration and Naturalization Service                                    Continuation for Form I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Roy Tamayo TACATA | Case No: XHL0605000005<br>A043 970 374 | May 8, 2006 |

**The Service alleges that you:**

1) You are not a citizen or national of the United States;

2) You are a native of PHILIPPINES and a citizen of PHILIPPINES;

3) You were admitted to the United States at HONOLULU, HAWAII on or about March 18, 1993 as a F-33 IMMIGRANT;

4) You were, on August 25, 2005, convicted in the U.S. District Court, District of Hawaii for the offenses of POSSESSION OF AND AIDING AND ABETTING THE POSSESSION OF A STOLEN FIREARM and USER OF A CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM, in violation of Title 18, U.S. Code, Sections 922(j) and 922(g).

5) You were, on January 25, 2006, convicted in the Circuit Court of the First Circuit, State of Hawaii for the offense of PROMOTING A DANGEROUS DRUG IN THE THIRD DEGREE, to wit: methamphetamine, in violation of Section 712-1243 of the Hawaii Revised Statutes.

**On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:**

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43)(E) of the Act, a law relating to an offense described in (i) Title 18, United States Code, Section 842 (h) or (i), or section 844 (d), (e), (f), (g), (h), or (i) (relating to explosive materials offenses); (ii) Title 18, United States Code, Section 922 (g) (1), (2), (3), (4), or (5), (j), (n), (o), (p), or (r) or 924(b) or (h) (relating to firearms offenses); or (iii) Internal Revenue Code of 1986, Section 5861 (relating to firearms offenses).

*contest*

Section 237(a)(2)(B)(i) of the Immigration and Nationality Act, as amended, in that, at any time after admission, you have been convicted of a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. 802), other than a single offense involving possession for one's own use of 30 grams or less of marijuana.

*contest*

| Signature | Title |
|---|---|
| WAYNE K. WILLS | SPECIAL AGENT IN CHARGE |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

000126

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation ... or Form I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Roy Tamayo TACATA | Case No: XHL0605000005<br>A043 970 374 | May 8, 2006 |

Signature: [signature]
WAYNE K. WILLS

Title: SPECIAL AGENT IN CHARGE

4 of 4 Pages

Form I-831 Continuation Page (Rev. 6/12/92)

000127

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant for Arrest of Alien

Case No: XHL0605000005
File No. A043 970 374
Date: May 8, 2006

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

<u>Roy Tamayo TACATA</u>
(Full name of alien)

an alien who entered the United States at or near <u>HONOLULU, HAWAII</u> on
(Port)

<u>March 18, 1993</u> is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of authorized INS official)

WAYNE K. WILLS
(Print name of official)

SPECIAL AGENT IN CHARGE
(Title)

---

### Certificate of Service

Served by me at <u>HONOLULU, HAWAII</u> on <u>6/1/06</u> at <u>1100</u>.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

ALVIN WONG _____
(Signature of officer serving warrant)

SPECIAL AGENT
(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

000128

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Rights and Request for Disposition**

FIN #:

Case No: XHL0605000005
File No: A043 970 374

Name: Roy Tamayo TACATA

### NOTICE OF RIGHTS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing, you may be detained in custody or you may be eligible to be released on bond, until your hearing date. In the alternative, you may request to return to your country as soon as possible, without a hearing.

You have the right to contact an attorney or other legal representative to represent you at your hearing, or to answer any questions regarding your legal rights in the United States. Upon your request, the officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officers from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

### REQUEST FOR DISPOSITION

__RHT__ ☐ I request a hearing before the Immigration Court to determine whether or not I may remain in the
Initials      United States.

_____ ☐ I believe I face harm if I return to my country. My case will be referred to the Immigration Court
Initials       for a hearing.

_____ ☒ I admit that I am in the United States illegally, and I believe I do not face harm if I return to my
Initials       country. I give up my right to a hearing before the Immigration Court. I wish to return to my
               country as soon as arrangements can be made to effect my departure. I understand that I may be
               held in detention until my departure.

X __RHT_____   __6/1/06__
   Signature of Subject                         Date

### CERTIFICATION OF SERVICE

☒ Notice read by subject
☒ Notice read to subject by __ALVIN WONG__, in the __ENGLISH__ language.

__ALVIN WONG__                                  __N/A__
Name of Service Officer (Print)                 Name of Interpreter (Print)

__Alvin Wong__ (Signature)                      __6/1/06__
Signature of Officer                            Date and Time of Service

Form I-826 (4/1/97)N

000129