**EXHIBIT "D"**

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

---

File:   A43-970-374 - Honolulu

Date:   AUG 3 1 2006

In re:   TACATA, ROY TAMAYO

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:   Guerrero, Emmanuel G., Esquire

ON BEHALF OF DHS:   Heith M. Kaneshige, Assistant Chief Counsel

ORDER:

   PER CURIAM. The Board affirms, without opinion, the results of the decision below. The decision below is, therefore, the final agency determination. *See* 8 C.F.R. § 1003.1(e)(4).

FOR THE BOARD

000002



U.S. Department of Justi

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

---

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

Guerrero, Emmanuel G., Esquire
568 Halekauwila Street
Second Floor
Honolulu, HI 96813-0000

Office of the District Counsel/HON
595 Ala Moana Boulevard
Honolulu, HI 96813-4999

Name: TACATA, ROY TAMAYO

A43-970-374

Type of Proceeding: Removal

Date of this notice: 08/04/2006

Type of Appeal: Case Appeal

Appeal filed by: Alien

Date of Appeal: 07/13/2006

## NOTICE -- BRIEFING SCHEDULE

- o    Enclosed is a copy of the decision of the Immigration Judge.
- o    Enclosed is a copy of the transcript of the testimony of record.
- o    Appealing party is granted until 08/25/2006 to submit a brief to the Board of Immigration Appeals. The brief must be **RECEIVED** at the Board on or before this date.
- o    Opposing party is granted until 08/25/2006 to submit a reply brief to the Board of Immigration Appeals. The brief must be **RECEIVED** at the Board on or before this date.

**WARNING:**  If you indicated on the Notice of Appeal (Form EOIR-26) that you will file a brief or statement, you are expected to file a brief or statement in support of your appeal. If you fail to file the brief or statement within the time set for filing in this briefing schedule, the Board may summarily dismiss your appeal. See 8 C.F.R. § 1003.1(d)(2)(i)(E).

**FILING INSTRUCTIONS -- In General.**

**IMPORTANT: The Board of Immigration Appeals has included two copies of this notice. Please attach one copy of this notice to the front of your brief when you mail or deliver it to the Board, and keep one for records. Thank you for your cooperation.**

A fee is not required for the filing of a brief. Your brief must be RECEIVED at the Clerk's Office at the Board of Immigration Appeals within the prescribed time limits. It is NOT sufficient simply to mail the brief and assume your brief will arrive on time. We strongly urge the use of an overnight courier service to ensure the timely filing

<u>Use of an over-night courier service is strongly encouraged to ensure timely filing</u>.

<u>If the alien is represented by counsel at the appeal level</u>, a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27) must be filed with the Board.

If you have any questions about how to file something at the Board, you should review the Board's <u>Practice Manual and Questions and Answers</u> at www.usdoj.gov/eoir.

<u>Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals</u> – including correspondence, forms, briefs, motions, and other documents. If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. <u>Any submission filed with the Board without a certificate of service on the opposing party will be rejected</u>.

<u>Filing Address</u>:

<u>To send by courier or overnight delivery service, or to deliver in person</u>:
Board of Immigration Appeals,
Clerk's Office,
5107 Leesburg Pike, Suite 2000,
Falls Church, VA 22041

Business hours: Monday through Friday, 8:00 a.m. to 4:30 p.m.

<u>To mail by regular first class mail</u>:
Board of Immigration Appeals
Clerk's Office
P.O. Box 8530
Falls Church, VA 22041.

**FILING INSTRUCTIONS -- Extension Request.**

Unless you receive a Board Notice granting your extension request, your brief will remain due on the date stated above.

Extensions of briefing time will only be granted for good cause. All extension requests must be in writing. Telephonic or fax requests will not be accepted.

Extension requests must be **RECEIVED** at the Board on or before the expiration of the initial briefing schedule. Requests for extension of briefing time <u>received after</u> expiration of the initial briefing period, <u>will not be granted</u>.

The policy of the Board is that no additional extensions will be granted.

2

000004