# IN THE UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROY TAMAYO TACATA,  )<br>)<br>Petitioner,  )<br>)<br>vs.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>JOHN RATHMAN,  )<br>Warden of the Honolulu Federal  )<br>Detention Center,  )<br>)<br>Respondents.  )<br>_____) | Civil Action No. _____<br><br>NOTICE OF PETITION OF WRIT<br>OF HABEAS CORPUS |

## NOTICE OF PETITION OF WRIT OF HABEAS CORPUS

TO:    Mr. MARSHALL SILVERBERG, AUSA
       HARRY YEE, AUSA
       300 Ala Moana Blvd., Room 6100
       Honolulu, Hawaii 96813

       Attorneys for Respondent United States of America

       JOHN RATHMAN, Honolulu FDC Warden
       FDC Honolulu
       Federal Detention Center
       ATTN: Warehouse
       351 Elliot Street
       Honolulu, Hawaii 96819

   PLEASE TAKE NOTICE that Petitioner's Writ of Habeas Corpus was filed with the above-entitled Court pursuant to 28 U.S.C. §2255. PLEASE TAKE

NOTICE that the foregoing petition will be heard by the Honorable PRESIDING JUDGE of the above-entitled Court, in his/her courtroom, at Federal District Court, 300 Ala Moana Blvd, Honolulu, Hawaii 96813 Court Room _____ on _____, the _____ day of _____, 2007, at the hour of _____ o'clock \_\_\_\_\_.M., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, January 8, 2008

_____
EMMANUEL G. GUERRERO
Attorney for Petitioner
ROY TAMAYO TACATA