# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>January 9, 2007</u> I served a copy of the foregoing upon to the following party(ies):

By delivering by courier service, copies to:

Marshall Silverberg, AUSA
Harry Yee, AUSA
U.S. Attorney's Office
300 Ala Moana Blvd, Room 6100
Honolulu, Hawaii 96813

Attorneys for Respondent United State of America

By mailing a filed copy by first class mail, postage prepaid to:

JOHN RATHMAN, Honolulu FDC Warden
FDC Honolulu
Federal Detention Center
ATTN: Warehouse
351 Elliot Street
Honolulu, Hawaii 96819

I certify under penalty of perjury that the foregoing is true and correct.

1-9-07
Date

EMMANUEL G. GUERRERO
Attorney for Defendant