## Silverberg, Marshall (USAHI)

| | |
|---|---|
| **From:** | Wight, Natalie |
| **Sent:** | Tuesday, January 30, 2007 1:33 PM |
| **To:** | Silverberg, Marshall (USAHI) |
| **Subject:** | RE: Tacata v. United States, 1:07-cv-0008-SOM-LEK (D. Haw.) |

Hi Marshall:  The Public Information Sheet shows that on 2/10/06 inmate Tacata
was released from BOP custody via Good Conduct Time Release.  I checked with
our Inmate Systems Specialists who told me that he was not actually released to the street
b/c the State of Hawaii had a detainer out on him.  Apparently he was in HPD custody from
2/10/06 until 6/1/06 when he was returned to FDC Honolulu via an INS/ICE detainer for
deportation.  Hope this helps, Natalie

\>\>\> Marshall Silverberg 1/30/2007 10:15 AM \>\>\>
Hi Natalie.  I am working on a response to Tacata's petition.  Did he go into immigration
custody on Feb. 10, 2006 or June 1, 2006?  I can't really tell from the printout you sent
me.  Thanks

-----Original Message-----
From: Wight, Natalie
Sent: Friday, January 26, 2007 11:16 AM
To: Silverberg, Marshall (USAHI)
Subject: Tacata v. United States, 1:07-cv-0008-SOM-LEK (D. Haw.)

Hi Marshall:

FDC Honolulu received a copy of the 2255 filed by Tacata requesting to withdraw his guilty
plea and vacate his sentence.  For your reference I have attached his most up to date
public information contained on the BOP SENTRY system.  It looks as if he has completed
his sentence and remains at the FDC as an immigration detainee.  If you need any other
information from the BOP please feel free to contact me.

Thanks,
Natalie

Senior Attorney

U.S. Department of Justice
Federal Bureau of Prisons
Federal Detention Center
351 Elliott Street
Honolulu, HI  96819
(808) 838-4301; fax 838-4510
nwight@bop.gov

The information contained in this electronic message and any and all accompanying
documents constitutes sensitive information.  This information is the property of the U.S.
Department of Justice.  If you are not the intended recipient of this information, any
disclosure, copying, distribution, or the taking of any action in reliance on this
information is strictly prohibited.
If you have received this message in error, please notify us immediately at the above
number to make arrangements for its return to us.

EXHIBIT 2

```
HONBW          *          PUBLIC INFORMATION        *      01-26-2007
PAGE 002       *              INMATE DATA           *      10:51:38
                           AS OF 02-10-2006

REGNO..: 95355-022 NAME: TACATA, ROY T

                   RESP OF: HON / IMMIGRATION NAT SERV DETAINEE
                   PHONE..: 808-838-4200    FAX: 808-838-4507
PRE-RELEASE PREPARATION DATE: 01-03-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-10-2006 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: HAWAII
DOCKET NUMBER....................: CR 05-00030SOM
JUDGE............................: MOLLWAY
DATE SENTENCED/PROBATION IMPOSED: 08-22-2005
DATE COMMITTED...................: 09-08-2005
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

              FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $200.00        $00.00      $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 132
OFF/CHG: 18USC922:POSSESSION OF AND AIDING AND ABETTING THE POSSESSION
         OF A STOLEN FIREARM & USER OF CONTROLLED SUBSTANCE IN POSS.

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    15 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 CLASS OF OFFENSE................: CLASS C FELONY
 DATE OF OFFENSE.................: 10-06-2004




G0002       MORE PAGES TO FOLLOW . . .
```

```
HONBW              *         PUBLIC INFORMATION         *      01-26-2007
PAGE 003 OF 003    *            INMATE DATA             *      10:51:38
                              AS OF 02-10-2006

REGNO..: 95355-022 NAME: TACATA, ROY T

                RESP OF: HON / IMMIGRATION NAT SERV DETAINEE
                PHONE..: 808-838-4200   FAX: 808-838-4507
------------------------PRIOR COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-30-2006 AT HON AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

DATE COMPUTATION BEGAN..........: 08-22-2005
TOTAL TERM IN EFFECT............:    15 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS      3 MONTHS
EARLIEST DATE OF OFFENSE........: 10-06-2004

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    10-06-2004    10-06-2004
                                    11-05-2004    11-05-2004
                                    01-11-2005    08-21-2005

TOTAL PRIOR CREDIT TIME.........: 225
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 59
TOTAL GCT EARNED................: 59
STATUTORY RELEASE DATE PROJECTED: 02-10-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-10-2006

TYPE OF HEARING.................: NOT ELIGIBLE

ACTUAL SATISFACTION DATE........: 02-10-2006
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: HON
ACTUAL SATISFACTION KEYED BY....: KPD

DAYS REMAINING..................: 59
FINAL PUBLIC LAW DAYS...........: 0




S0039      ALL CURRENT COMPS ARE SATISFIED
```

```
HONBW              *       PUBLIC INFORMATION         *    01-26-2007
PAGE 001           *          INMATE DATA             *    10:51:38
                            AS OF 01-26-2007

REGNO..: 95355-022 NAME: TACATA, ROY T

                    RESP OF: HON / IMMIGRATION NAT SERV DETAINEE
                    PHONE..: 808-838-4200    FAX: 808-838-4507
                                             RACE/SEX...: ASIAN/PAC.ISL. / MALE
FBI NUMBER.: 774948PB1                       DOB/AGE....: 05-14-1972 / 34
PROJ REL MT: UNKNOWN                         PAR ELIG DT:
PROJ REL DT: UNKNOWN                         PAR HEAR DT:
----------------------------- ADMIT/RELEASE HISTORY -----------------------------
FCL     ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP  DATE/TIME
HON     A-INS       IMMIGRATION NAT SERV DETAINEE  06-01-2006 1636 CURRENT
HON     GCT REL     GOOD CONDUCT TIME RELEASE      02-10-2006 0715 06-01-2006 1636
HON     A-DES       DESIGNATED, AT ASSIGNED FACIL  01-25-2006 1016 02-10-2006 0715
6-L     RELEASE     RELEASED FROM IN-TRANSIT FACL  01-25-2006 1516 01-25-2006 1516
6-L     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-25-2006 1300 01-25-2006 1516
HON     STATE WRIT  RELEASE ON STATE WRIT          01-25-2006 0800 01-25-2006 1016
HON     A-DES       DESIGNATED, AT ASSIGNED FACIL  10-03-2005 1020 01-25-2006 0800
6-L     RELEASE     RELEASED FROM IN-TRANSIT FACL  10-03-2005 1620 10-03-2005 1620
6-L     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-03-2005 1404 10-03-2005 1620
HON     STATE WRIT  RELEASE ON STATE WRIT          10-03-2005 0804 10-03-2005 1020
HON     A-DES       DESIGNATED, AT ASSIGNED FACIL  09-08-2005 0800 10-03-2005 0804
HON     ADM CHANGE  RELEASE FOR ADMISSION CHANGE   09-08-2005 0759 09-08-2005 0800
HON     A-HLD       HOLDOVER, TEMPORARILY HOUSED   08-22-2005 1219 09-08-2005 0759
HON     ADM CHANGE  RELEASE FOR ADMISSION CHANGE   08-22-2005 1218 08-22-2005 1219
HON     A-PRE       PRE-SENT ADMIT, ADULT          01-11-2005 1647 08-22-2005 1218




G0002        MORE PAGES TO FOLLOW . . .
```