**U.S. Department of Justice**
Executive Office for Immigration Review
United States Immigration Court

Matter of                                          File A 43 970 374

```
                              )
                              )
ROY TAMAYO TACATA              )    In REMOVAL Proceedings
                              )
                              )
              Respondent       )    Transcript of Hearing
```

Before DAYNA BEAMER, Immigration Judge

Date:  June 2, 2006                    Place:  Honolulu, Hawaii

Transcribed by FREE STATE REPORTING, INC., at Annapolis, Maryland

Official Interpreter:

Language:

Appearances:

    For the Department of
    Homeland Security:           For the Respondent:

    Heath Kaneshige               Emmanuel Guerrero

**EXHIBIT 3**

```
1   JUDGE FOR THE RECORD
2        Today is June 2, 2006.  This is Immigration Judge Dayna
3   Beamer in an individual -- actually, in a Master Calendar hearing
4   on my custody calendar for Honolulu in the matter of, first name,
5   R O Y, middle name, T A M A Y O, last name, T A C A T A, file 43
6   970 374.  Respondent is present with his lawyer, Emmanuel
7   Guerrero.  Heath Kaneshige represents Homeland Security.
8   JUDGE TO MR. TACATA
9        Is your name Roy Tamayo Tacata?
10  MR. TACATA TO JUDGE
11       Yes, Your Honor.
12  JUDGE TO MR. GUERRERO
13       Mr. Guerrero, can you move that microphone?  The other one.
14  MR. GUERRERO TO JUDGE
15       Oh, sorry, Judge.
16  JUDGE TO MR. GUERRERO
17       Yes, that one.  Thanks.
18  JUDGE TO MR. TACATA
19       Do you want Mr. Guerrero to be your lawyer?
20  MR. TACATA TO JUDGE
21       Yes, Your Honor.
22  JUDGE TO MR. TACATA
23       Okay.  And do you speak English?
24  MR. TACATA TO JUDGE
25       (Indiscernible), Your Honor.
```

A 43 970 374                          1                      June 2, 2006

```
 1  JUDGE TO MR. TACATA
 2       Okay.  I will make a decision in your case and if you don't
 3  agree with it, you can appeal it to a higher court.  You'll have
 4  a chance to look at and tell me what's wrong with the evidence
 5  against you, to file your own evidence, and question any
 6  witnesses.
 7  JUDGE FOR THE RECORD
 8       Okay, Exhibit number 1, the NTA.
 9  JUDGE TO MR. GUERRERO
10       Mr. Guerrero, how does he plead to 1 through 5?
11  MR. GUERRERO TO JUDGE
12       Judge 1 through -- 1, 2, and 3 he will admit.  Number,
13  number 4 and 5, at this time we'll just deny it at this point.
14  JUDGE TO MR. GUERRERO
15       Okay, contest removability?
16  MR. GUERRERO TO JUDGE
17       Yes, Your Honor.  On both grounds.    --
18  JUDGE TO MR. GUERRERO
19       Okay.  Designate the Philippines?
20  MR. GUERRERO TO JUDGE
21       Yes.
22  JUDGE TO MR. GUERRERO
23       Not an asylum case?
24  MR. GUERRERO TO JUDGE
25       No.
```

A 43 970 374                              2                      June 2, 2006

1   JUDGE TO MR. GUERRERO

2       Okay.  Exhibit number 2 is the Homeland Security Report.
3   Have you had a chance to review it?

4   MR. GUERRERO TO JUDGE

5       Yes, we have, Judge.

6   JUDGE TO MR. GUERRERO

7       Any objections?

8   MR. GUERRERO TO JUDGE

9       Yes and no.  We, we would not object to the, I think it's --
10  the first superceding indictment, that would be the first page to
11  the sixth page.  We would object to the indictment that follows
12  that.

13  JUDGE TO MR. GUERRERO

14      Well, you know, when they pick up the record, they have to -
15  -

16  MR. GUERRERO TO JUDGE

17      I understand.

18  JUDGE TO MR. GUERRERO

19      -- they're just given the whole thing.  But I understand
20  that I need to look at the superceding, not the indictment.

21  MR. GUERRERO TO JUDGE

22      That's correct, yes.

23  JUDGE TO MR. GUERRERO

24      Okay.

25  MR. GUERRERO TO JUDGE

A 43 970 374                           3                    June 2, 2006

```
 1         And, let's see what -- There was something else, Judge.
 2   JUDGE TO MR. GUERRERO
 3         The objection is, you don't want me to take the indictment
 4   and overlook that it's been superceded?
 5   MR. GUERRERO TO JUDGE
 6         That's correct, Your Honor.
 7   JUDGE TO MR. GUERRERO
 8         Okay.
 9   MR. GUERRERO TO JUDGE
10         Because sometimes indictments, when they recharge, some
11   charges are no longer applicable.
12   JUDGE TO MR. GUERRERO
13         Okay, sir, if I look at that, it'll just be in terms of
14   discretionary relief if that's available.  Because there may be
15   some questions arising out of that.  Okay, and then there's the
16   judgement.  Is that okay?
17   MR. GUERRERO TO JUDGE
18         Yes, it's okay, Judge.
19   JUDGE TO MR. GUERRERO
20         Okay.  Anything wrong in the I-213 that you saw?
21   MR. GUERRERO TO JUDGE
22         I didn't see -- well, in the limited --
23   JUDGE TO MR. GUERRERO
24         Basically, it's just -- there's not that much to it.
25   MR. GUERRERO TO JUDGE
```

A 43 970 374                              4                         June 2, 2006

```
 1      Yes.
 2 JUDGE TO MR. GUERRERO
 3      Okay, I'm going to receive 1 and 2.  What type of relief do
 4 you think he's going to be eligible for?
 5 MR. GUERRERO TO JUDGE
 6      I don't know of any relief right now, Judge.  He, they, they
 7 charged him as an aggravated felony so I, I don't know.  It looks
 8 like, at least the first charge is, it is an aggravated felony as
 9 charged, as a gun possession under 922G and 922H -- Or, 922J, I'm
10 sorry.  The, the second charge is just a controlled substance
11 violation so that if we, if we are successful in, in contesting
12 the, the aggravated felony of 237(a)(2)(A)(3) then there would be
13 cancellation, I believe.
14 JUDGE TO MR. GUERRERO
15      Yes.  He's a long-time LPR?
16 MR. GUERRERO TO JUDGE
17      He's a long-time LPR, at least 13 years.
18 JUDGE TO MR. GUERRERO
19      Okay.  I'll put down termination for the relief and -- okay.
20 So what application would it be?  Cancellation, if possible?
21 MR. GUERRERO TO JUDGE
22      If possible, Judge.
23 JUDGE FOR THE RECORD
24      If eligible, okay.
25 JUDGE TO MR. GUERRERO
```

A 43 970 374                           5                    June 2, 2006

```
1      Let's just go ahead and set an individual hearing date and
2   then I'll give you a briefing schedule so you don't need to come
3   back for a Master.
4   MR. GUERRERO TO JUDGE
5      Thank you, Judge.
6   JUDGE TO MR. GUERRERO
7      Oh boy.  It's not that easy to find when you're doing the
8   work in the morning, but I'll have to find somewhere.  Okay, I'm
9   going to put down June 22, that's a Thursday, at 10:30.  That's
10  going to be 4:30 Newark time, so I think we'll have to shut down
11  that case by then.  Are you available?
12  MR. GUERRERO TO JUDGE
13     Yes, Judge.
14  JUDGE FOR THE RECORD
15     And that's the only one I'll put on that date for Hawaii.
16  374.
17  JUDGE TO MR. GUERRERO AND MR. KANESHIGE
18     So file your relief applications and argument June 16th,
19  both parties.
20  MR. GUERRERO TO JUDGE
21     Okay.
22  JUDGE TO MR. GUERRERO
23     Take the biometric instructions in case somehow you are able
24  to figure out a relief application.
25  JUDGE TO MR. TACATA
```

A 43 970 374                              6                        June 2, 2006

```
 1      Sir, you have a difficult case because of the Federal
 2 conviction, so Mr. Guerrero is going to research and see what he
 3 can figure out for you and then you'll have your individual
 4 hearing on June 22, a Thursday, at 10:30.  Do you have any
 5 questions?
 6 MR. TACATA TO JUDGE
 7      No, Your Honor.
 8 JUDGE FOR THE RECORD
 9      The hearing is adjourned.
10                         HEARING ADJOURNED
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

A 43 970 374                              7                       June 2, 2006