**U.S. Department of Justice**
Executive Office for Immigration Review
*Board of Immigration Appeals*

**Notice of Appeal from a Decision of an Immigration Judge**

1. List Name(s) and "A" Number(s) of all Respondent(s)/Applicant(s)  2006 JUL 12   *For Official Use Only*

   Staple Check or Money Order Here. Include Name(s) and "A" number(s) on the face of the check or money order.

   Roy Tamayo Tacata
   A#43-970-374

   ⚠ WARNING: Names and "A" Numbers of everyone appealing the Immigration Judge's decision must be written in the box.

2. I am the  ☑ Respondent/Applicant  ☐ INS  *(Mark only one box.)*

3. I am  ☑ DETAINED  ☐ NOT DETAINED  *(Mark only one box.)*

4. My last hearing was at  Honolulu, Hawaii  *(Location, City, State)*

5. **What decision are you appealing?**

   *Mark only one box below.* If you want to appeal more than one decision, you must use more than one Notice of Appeal (Form EOIR-26).

   ☑ I am filing an appeal from the Immigration Judge's decision *in merits* proceedings (example: removal, deportation, exclusion, asylum, etc.) dated  June 22, 2006 .

   ☐ I am filing an appeal from the Immigration Judge's decision *in bond* proceedings dated _____

   ☐ I am filing an appeal from the Immigration Judge's decision *denying a motion to reopen or a motion to reconsider* dated _____ .

   *(Please attach a copy of the Immigration Judge's decision you are appealing.)*

OMB# 1125-0002; Expires 12/31/02

**EXHIBIT 5**

Form EOIR-26
Revised Sept. 2002

6. | State in detail the reason(s) for this appeal. Please refer to the Instructions at part F for further guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.

The IJ erred when she sustained the Removal charge that my Federal conviction ~~was~~ for violation of 18 USC 922(g)(3) §(J) was an aggravated felony. It is Respondent's position that the record of conviction was too broad, and did not establish that Respondent's conviction was an Aggravated Felony.

(Attach additional sheets if necessary)

! **WARNING:** You must clearly explain the specific facts and law on which you base your appeal of the Immigration Judge's decision. The Board may summarily dismiss your appeal if it cannot tell from this Notice of Appeal, or any statements attached to this Notice of Appeal, why you are appealing.

7. Do you desire oral argument before the Board of Immigration Appeals?   ☐ Yes  ☑ No

8. Do you intend to file a separate written brief or statement after filing this Notice of Appeal?   ☑ Yes  ☐ No

! **WARNING:** If you mark "Yes" in item #8, you will be expected to file a written brief or statement after you receive a briefing schedule from the Board. The Board may summarily dismiss your appeal if you do not file a brief or statement within the time set in the briefing schedule.

9. [SIGN HERE →]   X _____   July 7 2006
                        Signature of Person Appealing       Date
                        (or attorney or representative)

Form EOIR-26
Revised Sept. 2002

**10.** Mailing Address of Respondent(s)/Applicant(s)

Roy Tamayo Tacata
(Name)

c/o Federal Detention Center
(Street Address)

P.O. Box 30080
(Apartment or Room Number)

Honolulu, HI 96820
(City, State, Zip Code)

_____
(Telephone Number)

**11.** Mailing Address of Attorney or Representative for the Respondent(s)/Applicant(s)

Emmanuel G. Guerrero
(Name)

568 Halekauwila Street
(Street Address)

2nd Floor
(Suite or Room Number)

Honolulu, HI 96813
(City, State, Zip Code)

(808) 532-2950
(Telephone Number)

**12.** PROOF OF SERVICE
(You Must Complete This)

I  E. Guerrero  mailed or delivered a copy of this Notice of Appeal
    (Name)

on  7/8/06  to  District Counsel, DHS
    (Date)              (Opposing Party)

at  595 Ala Moana Blvd. Honolulu, HI 96813
        (Address of Opposing Party)

X _____
    Signature

- ☑ Read all of the General Instructions
- ☐ Provided all of the requested information
- ☑ Completed this form in English
- ☐ Provided a certified English translation for all non-English attachments

HAVE YOU?

- ☑ Signed the form
- ☐ Served a copy of this form and all attachments on the opposing party
- ☑ Completed and signed the Proof of Service
- ☑ Attached the required fee or Fee Waiver Request

Form EOIR-26
Revised Sept. 2002