DETAINED

Law Offices of Emmanuel G. Guerrero
**EMMANUEL G. GUERRERO #5275**
The Second Floor
568 Halekauwila Street
Honolulu, Hawaii 96813
Tel: (808) 532-2950
Fax: (808) 545-2628
E-Mail: attyegg@aol.com

**F I L E D**

SEP 2 1 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Attorney for Petitioner
ROY TAMAYO TACATA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**06-74578**

| | | |
|---|---|---|
| ROY TAMAYO TACATA, | ) | No. _____ |
| | ) | |
| Petitioner, | ) | Agency No. A43-970-374 |
| | ) | (Immigration) |
| vs. | ) | |
| | ) | NOTICE OF APPEAL; EXHIBIT |
| ALBERTO GONZALES, | ) | "A"; CERTIFICATE OF |
| United States Attorney General, | ) | SERVICE |
| | ) | |
| Respondent. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner, ROY TAMAYO TACATA, by and through his Counsel, EMMANUEL G. GUERRERO, hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**EXHIBIT 7**

1

The Board of Immigration Appeals (hereinafter "BIA") decision dated August 31, 2006 (of which is attached hereto as Exhibit "A").

To date, no court has upheld the validity of the BIA decision.

Jurisdiction is asserted pursuant to 8 U.S.C. §1252(a)(1).

Venue is asserted pursuant to 8 U.S.C. §1252(b)(2) because the Immigration Judge's completed the proceedings in Honolulu, Hawaii, within the jurisdiction of this judicial circuit.

In addition, Petitioner hereby moves this Honorable Court for an Order of Stay of the Order of Removal from the United States pending appeal in this matter. Petitioner will duly file a Supplemental Memorandum in Support of this Motion for Stay pending appeal.

DATED: Honolulu, Hawaii, 9/14/06

EMMANUEL G. GUERRERO
Attorney for Petitioner
ROY TAMAYO TACATA