[Search for Case]   [Help]

[Print Page]

# General Docket
## US Court of Appeals for the Ninth Circuit

```
Court of Appeals Docket #: 06-74578                     Filed: 9/21/06
Nsuit:    0
Tacata, et al v. Gonzales
Appeal from: Immigration and Naturalization Service

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) agency
    2) review
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0975-1 : A43-970-374
    Date Filed: 9/21/06
    Date order/judgment: **/**/**
    Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None

Docket as of December 12, 2006 11:21 pm             Page 1
```

---

```
06-74578 Tacata, et al v. Gonzales

ROY TAMAYO TACATA              Emmanuel G. Guerrero, Esq.
     Petitioner                FAX 808/545-2628
                               808/532-2950
                               The Second Fl.
                               [COR LD NTC ret]
                               LAW OFFICES OF EMMANUEL G.
                               GUERRERO
                               568 Halekauwila St.
                               Honolulu, HI 96813

     v.

ALBERTO R. GONZALES, Attorney  HI-District Counsel
General                        [COR LD NTC gov]
     Respondent                OFFICE OF THE DISTRICT COUNSEL
                               Department of Homeland Security
                               595 Ala Moana Blvd.
```



EXHIBIT 8

```
                    Honolulu, HI 96813

                    Ronald E. LeFevre, Chief
                    Counsel
                    [COR LD NTC gov]
                    OFFICE OF THE DISTRICT COUNSEL
                    Department of Homeland Security
                    P.O. Box 26449
                    San Francisco, CA 94126-6449

                    David V. Bernal, Attorney
                    FAX 241-6841
                    [COR LD NTC gov]
                    Margaret K. Taylor, Esq.
                    FAX 202/616-4975
                    202/616-9323
                    [COR LD NTC gov]
                    DOJ - U.S. DEPARTMENT OF
                    JUSTICE
                    Civil Div./Office of
                    Immigration Lit.
                    P.O. Box 878, Benjamin Franklin
                    Station
                    1331 Pennsylvania Ave., NW
                    Washington, DC 20044
```

Docket as of December 12, 2006 11:21 pm          Page 2

---

06-74578 Tacata, et al v. Gonzales

ROY TAMAYO TACATA

        Petitioner

  v.

ALBERTO R. GONZALES, Attorney General

        Respondent

Docket as of December 12, 2006 11:21 pm          Page 3

---

06-74578 Tacata, et al v. Gonzales

9/21/06      FILED INS Petition for REVIEW and Motion for Stay. Docketed
             Cause and Entered Appearance of Counsel. Pursuant to G.O.
             6.4(c)(1)(3) A TEMPORARY STAY OF REMOVAL IS IN EFFECT
             pending further order. The schedule is set as follows:
             Pursuant to G.O. 6.4(c)(1)(3), the schedule is set as
             follows: Cert. Admin. Record due 11/16/06 Response to motion
             for stay due 12/14/06 for Alberto R. Gonzales. (MOATT)
             [06-74578]   (Original received on 9/22/06) (mj)

| Date | Entry |
|---|---|
| 9/21/06 | Filed Petitioner Roy Tamayo Tacata's motion to stay deportation (see schedule above) [06-74578] served on 9/19/06 [5954083](MOATT) [06-74578] (mj) |
| 9/21/06 | Detained: Yes  [06-74578] (mj) |
| 9/21/06 | Verified that Petitioner's counsel of record has been admitted to practice in this court.  [06-74578] (mj) |
| 9/22/06 | Received notification of payment of docket fee ( date paid: 9/21/06) [06-74578] (wp) |
| 11/7/06 | Electronic Certified Administrative Record Filed.  CD-ROMS: 1  [06-74578] (rayc) |
| 11/15/06 | Received Respondent Alberto R. Gonzales letter dated 11/9/06 re: the record has been filed  [06-74578] (wp) |
| 12/11/06 | Filed notice of appearance of David Bernal and Margaret Taylor for the resp.  (Withdrew as counsel: attorney OIL for Alberto R. Gonzales  [06-74578] (ca) |
| 12/11/06 | Filed Respondent's motion to dismiss for lack of jurisdiction and opp to petitioner's mtn for a stay of removal [06-74578] Served on 12/8/06  MOATT [06-74578] (gail) |

Docket as of December 12, 2006 11:21 pm                    Page 4

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/29/2007 17:36:18 | | | |
| PACER Login: | du2878 | Client Code: | om |
| Description: | dkt report | Case Number: | 06-74578 |
| Billable Pages: | 4 | Cost: | 0.32 |