EXHIBIT "A"

**FILED**

UNITED STATES COURT OF APPEALS

FEB 27 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROY TAMAYO TACATA,<br><br>      Petitioner,<br><br>      v.<br><br>ALBERTO R. GONZALES, Attorney General,<br><br>      Respondent. | No. 06-74578<br><br>Agency No. A43-970-374<br><br>ORDER |

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

Petitioner's conviction under 18 U.S.C. § 922(g)(3) is *per se* an aggravated felony conviction. *See* 8 U.S.C. §§ 1101(a)(43)(E)(ii); 1227(a)(2)(A)(iii). Accordingly, respondent's unopposed motion to dismiss this petition for review for lack of jurisdiction is granted. *See* 8 U.S.C. § 1252(a)(2)(C).

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**DISMISSED.**

MOATT