EXHIBIT "B"



U.S. Department of Justice

United States Attorney
District of Hawaii



PJKK Federal Building  (808) 541-2850
300 Ala Moana Blvd., Room 6-100  FAX (808) 541-2958
Honolulu, Hawaii 96850

February 22, 2005

By hand delivery

Loretta Faymonville
Assistant Federal Public Defender
300 Ala Moana Blvd.
Honolulu, HI 96850

    Re:  United States v. Roy Tacata
         Cr. No. 05-00030 SOM

Dear Ms. Faymonville:

    Enclosed is the missing page 4 of the transcript of Tacata's second interview. Also enclosed are the missing pages 20-28 of the transcript of Diaz's interview.

    As to the Fed. R. Evid. 404(b) issues, as of now I do not know if Diaz is going to plead guilty and cooperate. If he does, then I anticipate that he would testify that he and Tacata committed a burglary together two days before the one in question in this case. They then split the proceeds from that burglary. I believe that the testimony regarding that burglary, which also occurred in Kailua, would be admissible to show motive, intent, knowledge, and an absence of mistake.

    You have indicated that you are willing to stipulate to the interstate transportation of the firearm. I also informed you verbally of our intent to call HPD Technician Lenora Ishihara to testify regarding her fingerprint analysis. Her report has been previously provided to you and is bate stamped 136. Please let me know if you are willing to testify regarding her testimony as well.

                                Very truly yours,

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii

                BY:  /s/ Marshall Silverberg
                                MARSHALL H. SILVERBERG
                                Assistant U.S. Attorney

Enclosures

```
Taped Interview of ROY TACATA
Report No. 04-407834
Page 4
-------------------------------
```

| | | |
|---|---|---|
| 1 | Q | Oh, you started five years ago? |
| 2 | A | Yeah. |
| 3 | Q | How often do you smoke crystal methamphetamine now? |
| 4 | A | (Inaudible) if I get money, I buy, sir. |
| 5 | Q | If you get money, okay, if you get money, how often, once-- |
| 6 | A | (Inaudible). |
| 7 | Q | Once, twice a day? |
| 8 | A | No. |
| 9 | Q | Once a day? |
| 10 | A | Yeah, (Inaudible). |
| 11 | Q | Once a day, if you get money. |
| 12 | A | Yeah. |
| 13 | Q | And how many days in a week would you have to--you smoke? |
| 14 | A | (Inaudible). |
| 15 | Q | No, but how many times a week you smoke crystal methamphetamine? |
| 16 | | |
| 17 | A | (Inaudible). |
| 18 | Q | No, average, how many times a week? |
| 19 | A | (Inaudible). |

Taped Interview of SHERWIN DIAZ
Report No. 04-407834
Page 20

```
 1  Q    The same day you guys wen' burglarize this house, you got
 2       the car from Marlon--
 3  A    Yeah.
 4  Q    --(Inaudible).
 5  A    Yeah.
 6  Q    That same day, and you paid him two hundred dollars for the
 7       car?
 8  A    Yeah.
 9  Q    Okay.  But you know the car was stolen, right?
10  A    Yeah, he (Inaudible).
11  Q    He told you it was stolen, right.  And he told you it was
12       stolen from where?
13  A    He told me from Kahala.
14  Q    Kahala, okay, all right, good.  And how did you start the
15       car?
16  A    Get the key in there.
17  Q    Get the key.  Describe the car to me, white?
18  A    White Jetta.
19  Q    You know the license plate?
20  A    No.
```

32378.04407834.smn

Taped Interview of SHERWIN DIAZ
Report No. 04-407834
Page 21

```
 1   Q   What you did to the license plate?

 2   A   I don't know.

 3   Q   You wen' go change the license number, hah, little bit.

 4   A   I never change 'em.

 5   Q   Marlon did?

 6   A   Maybe, 'cause he told me that--oh, the time I was asking
 7       him 'cause I don't (Inaudible).  (Inaudible).

 8   Q   Okay, so he sell you the Jetta, the white Jetta, okay.  Who
 9       else was driving the car?

10   A   Flo.

11   Q   Flo, Florendo (phonetic)?

12   A   Yeah.

13   Q   Okay, who else?

14   A   That's all, and da kine too, Roy.

15   Q   Roy?

16   A   Yeah.

17   Q   Roy drove the car too, okay.  But the day you guys wen'
18       break into this house in Kailua, the one you took the
19       laptop, you was driving the car, yuh?

20   A   Yeah.
```

32378.04407834.smn

Taped Interview of SHERWIN DIAZ
Report No. 04-407834
Page 22

---

1 Q  And where did you guys drive the car to?

2 A  We went back to the airport.

3 Q  Airport hotel, okay. Getting back to this burglary, did
4    you have permission from the homeowner to enter his house?

5 A  Who?

6 Q  Did you or Roy have permission to enter this house?

7 A  I don't know.

8 Q  No, did you?

9 A  No.

10 Q  No, okay. Did you have permission from the homeowner to
11    take any property?

12 A  No.

13 Q  Did you know what you were doing was what...what do you
14    call what you were doing when you break into the house and
15    go take things, tell me.

16 A  I don't know.

17 Q  What do you call that?

18 A  (No audible response).

19 Q  Burglary? You know what burglary is? Huh?

20 A  (No audible response).

32378.04407834.smn

Taped Interview of SHERWIN DIAZ
Report No. 04-407834
Page 23

---

| | | |
|---|---|---|
| 1 | Q | Breaking into someone's house and stealing their property, |
| 2 | | did you do that that day, yes or no? |
| 3 | A | (No audible response). |
| 4 | Q | You have to answer. |
| 5 | A | Yeah. |
| 6 | Q | Yes, you broke into this man's house and you took property, |
| 7 | | is that correct?  Answer me. |
| 8 | A | Yeah. |
| 9 | Q | Yes, okay.  Also, on October 6th, this white Volkswagen |
| 10 | | that you was driving, you know it was stolen, correct?  And |
| 11 | | it was stolen from somewhere in Kahala, yuh, by Marlon, |
| 12 | | okay.  Did you have permission from the owner of that car |
| 13 | | to drive the car? |
| 14 | A | No. |
| 15 | Q | And you know it was stolen, right, correct?  What's that? |
| 16 | A | Yes. |
| 17 | Q | Okay, good, all right.  And you know breaking into |
| 18 | | someone's house and driving one stolen car, that's against |
| 19 | | the law, right?  You have to answer me. |
| 20 | A | Yes. |

32378.04407834.smn

```
Taped Interview of SHERWIN DIAZ
Report No. 04-407834
Page 24
```
---

| | | |
|---|---|---|
| 1 | Q | And you know you can go to jail for that, is that correct? |
| 2 | A | Yeah. |
| 3 | Q | Okay, all right. Another thing I want to talk about, when |
| 4 | | you were coming over the H3, okay...I know you guys wen' |
| 5 | | burglarize the house already, I know you guys took the |
| 6 | | black box. You guys were coming over the H3, okay...the |
| 7 | | black box, who wen' open the black box? |
| 8 | A | Roy. |
| 9 | Q | How Roy wen' open the black box? |
| 10 | A | I don't know. |
| 11 | Q | But was locked, yuh, the beginning part. How did Roy open |
| 12 | | it? |
| 13 | A | I don't know, sir. |
| 14 | Q | Did he have a small knife? |
| 15 | A | Yeah, maybe, maybe. |
| 16 | Q | And what did he do next? Did he get that box open? |
| 17 | A | Yeah. |
| 18 | Q | What was in the box? |
| 19 | A | I trip out that time, that's one gun. |
| 20 | Q | One gun. What color was this gun? |

32378.04407834.smn

Taped Interview of SHERWIN DIAZ
Report No. 04-407834
Page 25

---

| | | |
|---|---|---|
| 1 | A | I never see. |
| 2 | Q | What color was the gun? |
| 3 | A | I never see. |
| 4 | Q | Sherwin, why your fingerprints on the gun? |
| 5 | A | No, no-- |
| 6 | Q | Sherwin. |
| 7 | A | I promise (Inaudible). |
| 8 | Q | Okay, you know was one gun, right? |
| 9 | A | Yeah, (Inaudible). |
| 10 | Q | Okay, how many magazines had this gun, how many clips? |
| 11 | A | I don't know because I never even look at the gun. |
| 12 | Q | But how you know was one gun? |
| 13 | A | The--Roy wen' (Inaudible). |
| 14 | Q | Okay. Remember now, Roy wen' talk to me already, okay. |
| 15 | A | Yeah. |
| 16 | Q | All right. Remember, Randy wen' talk to me already, okay. |
| 17 | A | I promise, I never even touch that gun. |
| 18 | Q | But you know the gun was stolen, yuh? |
| 19 | A | Yeah. |
| 20 | Q | And where did the gun come from? |

32378.04407834.smn

Taped Interview of SHERWIN DIAZ
Report No. 04-407834
Page 26

---

| | | |
|---|---|---|
| 1 | A | (No audible response). |
| 2 | Q | Where did the gun come from? |
| 3 | A | It's stolen. |
| 4 | Q | Where, from where? |
| 5 | A | Kailua. |
| 6 | Q | Kailua, from the house you guys just came from, okay, all right. How big was the gun? Try make with your hand, try make with your hand...about, like that? |
| 9 | A | (Inaudible). |
| 10 | Q | Heavy? |
| 11 | A | I don't know, I never touch 'em, promise, sir. |
| 12 | Q | What color the gun, again? You said...black? |
| 13 | A | I don't know. |
| 14 | Q | You said black, the gun. |
| 15 | A | (Inaudible), I never even (Inaudible). |
| 16 | Q | Okay, all right. But, you know the gun was stolen, yuh, and you wen' carry the case to the car, yuh. |
| 18 | A | No, I never carry (Inaudible). |
| 19 | Q | Okay, all right. But when you guys get to the airport, okay, you, Roy and Randy get out of the car. |

32378.04407834.smn

```
Taped Interview of SHERWIN DIAZ
Report No. 04-407834
Page 27
```

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | And you know the policemen was there already, huh.  The |
| 3 | | policemen saw you guys, yuh. |
| 4 | A | Yeah. |
| 5 | Q | They wen' go rush you and try arrest you guys, right.  What |
| 6 | | you was carrying at that time? |
| 7 | A | The laptop. |
| 8 | Q | What else? |
| 9 | A | Only the laptop-- |
| 10 | Q | What else you was carrying, Sherwin. |
| 11 | A | (Inaudible). |
| 12 | Q | What else, Sherwin? |
| 13 | A | That's all. |
| 14 | Q | Sherwin. |
| 15 | A | That's all. |
| 16 | Q | Sherwin, the policeman saw you. |
| 17 | A | Yeah, I promise. |
| 18 | Q | Okay, then you telling me the policeman one liar? |
| 19 | A | I only was carrying the laptop and the video camera, that's |
| 20 | | all. |

32378.04407834.smn

Taped Interview of SHERWIN DIAZ
Report No. 04-407834
Page 28

```
 1   Q   Sherwin, had like ten policemen watch you, all ten
 2       policemen see you carry the black case.
 3   A   No, I promise (Inaudible).
 4   Q   And the judge going believe you didn't carry the black case
 5       versus the policemen?  All the policemen going say, yeah,
 6       he was driving the black--he was driving a white car.  They
 7       saw you driving a white car, you admit to driving a white
 8       car, but you wasn't carrying the box.
 9   A   No, I wasn't carrying--
10   Q   Okay, all right.  So you going stay to that story?
11   A   I promise to God.
12   Q   Okay, you can promise to God anything you like, but you
13       gotta convince me first.
14   A   I never even touch the box.
15   Q   Okay, so the policemen all lying, then?
16   A   The--
17   Q   The policemen all lying, then, right?  You think the judge
18       going believe that?  Ten policemen see you carrying this
19       black box.
20   A   I never, I never touch the black--
```

32378.04407834.smn