## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2007 I served a copy of the foregoing, and that duly filed copies will be duly delivered, upon to the following party(ies):

By mailing a copy by first class mail, postage prepaid to:

MARSHALL SILVERBERG, Esq.
Assistant United States Attorney
U.S. Attorney's Office
300 Ala Moana Blvd, Room 6100
Honolulu, Hawaii 96813

Attorney for Respondents

I certify under penalty of perjury that the foregoing is true and correct.

3/26/07
Date

EMMANUEL G. GUERRERO
Attorney for Defendant